# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2024

## NO.  03-23-00537-CV

**Casey Gibson, Appellant**

**v.**

**Summer Lopez, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on July 31, 2023.  Having reviewed the record, the Court holds that Casey Gibson has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.